## RETURN OF SERVICE
### UNITED STATES DISTRICT COURT
#### Southern District of Alabama

Case Number: 0:25-CV-61065-WPD

Plaintiff: **VIVERE ADVENTURES, LTD,**
vs.
Defendant: **STARBOARD YACHT GROUP, LLC,**



FIS2025004528

For:
Adam B. Cooke, Esq.
FOWLER WHITE BURNETT P.A.
200 E. Las Olas Blvd.,
Suite 2000 - Penthouse B
Fort Lauderdle, FL 33301

Received by Katherine Font on the 30th day of May, 2025 at 12:48 pm to be served on **STARBOARD YACHT GROUP, LLC, 850 NE 3rd Street,, Suite 208, Dania Beach, FL 33004**.

I, Katherine Font, do hereby affirm that on the **4th day of June, 2025** at **4:36 pm, I:**

**Served** a **LIMITED LIABILITY COMPANY** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44 and COMPLAINT WITH COMPLAINTS** with the date and hour of service endorsed thereon by me, to: **Elvis Lezma** as **Sales Associate/ Authorized** for **STARBOARD YACHT GROUP, LLC** at the address of: **850 NE 3rd Street,, Suite 208, Dania Beach, FL 33004**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 38, Sex: M, Race/Skin Color: Hispanic, Height: 5'9", Weight: 175, Hair: Dark Brown, Glasses: N

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Sheriff Appointed Process Server in the county in which this defendant/witness was served and have no interest in the above action.  Pursuant to FS 92.525(2), no notary is required.

_____
**Katherine Font**
SPS#920

**Professional Process Servers**
**800 W. Cypress Creek Rd**
**Suite 390**
**Fort Lauderdale, FL 33309**
**(954) 566-2523**

Our Job Serial Number: FIS-2025004528

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0d

```
DELIVERED   06/04/2025 04:36 PM
SERVER      KF
LICENSE     SPS#920
```

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Alabama  ▾

| | |
|---|---|
| VIVERE ADVENTURES, LTD | ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| STARBOARD YACHT GROUP, LLC | ) <br> ) <br> ) <br> ) <br> ) |
| *Defendant(s)* | ) |

Civil Action No.  0:25-cv-61065-WPD

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   STARBOARD YACHT GROUP, LLC
850 NE 3rd Street, Suite 208,
Dania Beach, Florida 33004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Adam B. Cooke
Robert D. McIntosh
FOWLER WHITE BURNETT, P.A.
200 East Las Olas Boulevard
Suite 2000 - Penthouse B
Fort Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  _____05/30/2025_____

Angela E. Noble
Clerk of Court

*s/ Clifford Charles*
Deputy Clerk
U.S. District Courts