UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN ADMIRALTY

VIVERE ADVENTURES, LTD

    Plaintiff,

vs

STARBOARD YACHT GROUP, LLC

    Defendant.

CASE NO.: 0:25-CV-61065-WPD

## AMENDED COMPLAINT

COMES NOW, Plaintiff, VIVERE ADVENTURES, LTD, by and through his undersigned Counsel, and files this, its Amended Complaint against STARBOARD YACHT GROUP, LLC, and would state as follows:

### PARTIES, JURSIDICTION & VENUE

1. This is an action for breach of a maritime contract, and is within this Court's Admiralty jurisdiction pursuant to 28 U.S.C. §1333 and within the meaning of Rule 9H for Certain Rules for Admiralty and Maritime Claims. The contract was for the installation of a Seakeeper on a Vessel, to wit, a 2021 Contender 34 ST.

2. VIVERE ADVENTURES, LTD ("VIVERE" or "Plaintiff") is the owner of a 2021 Contender 34 ST ("Vessel").

3. Defendant STARBOARD YACHT GROUP, LLC ("STARBARD" or "Defendant") is a Florida Limited Liability Company with its principal business address at 850 NE 3rd Street, Suite 208, Dania Beach, Florida 33004.

CASE NO.: 0:25-CV-61065-WPD

4.  The United States District Court for the Southern District of Florida, Fort Lauderdale Division (the "District Court"), is the appropriate venue where the Defendant is located in Broward County, Florida and the acts giving rise to the Complaint arose in Broward County, Florida.

**COUNT I – BREACH OF MARITIME CONTRACT**

5.  VIVERE re-alleges and re-avers the allegations contained in paragraphs 1 – 4 as if fully set forth herein.

6.  On or about December, 2024, VIVERE hired STARBOARD to install a Seakeeper and a 220v battery charger with circuits breakers on the Vessel. It was agreed that the work would be completed by March, 2025.

7.  STARBOARD had an implied contractual duty to perform its work in a good and workmanlike manner.

8.  In connection with the work, STARBOARD provided two invoices and a work order for the following amounts: 1) $59,339.67, 2) $15,537.01 and 3) $12,680.10. A true and correct copy are attached hereto as composite **EXHIBIT "A."**

9.  To date, VIVERE has paid the sum of $78,209.77 which includes the entirety of the invoices, and a $6,190.00 deposit for the additional work order.

10.  The Vessel was returned in April, 2025 after the agreed date of completion with nothing installed except a Starlink antenna. It was also very dirty and a hatch was broken.

11.  Accordingly, STARBOARD breached its agreement to complete the work by March, 2025.

12.  Additionally, STARBOARD failed to perform its work installing the Seakeeper foundation in a good and workmanlike manner.

Fowler White Burnett P.A. • 200 East Las Olas Boulevard, Suite 2000 – Penthouse B, Fort Lauderdale, FL 33301• (954) 377-8100

CASE NO.: 0:25-CV-61065-WPD

13. Additionally, STARBOARD caused damage to the Vessel during its work, including damage to the hatch.

14. STARBOARD has never supplied the Seakeeper and VIVERE requested that STARBOARD provide proof that it actually ordered the Seakeeper with the monies provided by VIVERE and to date, no proof has been provided.

15. Based on STARBOARD'S breaches, VIVERE has suffered damages, including but not limited to the $78,209.77 it has paid, plus interest, and any other damages which it will prove at trial.

WHEREFORE, VIVERE demands damages against STARBOARD in excess of $78,209.77, plus costs, pre-judgment interest, post-judgment interest at the statutory rate, and for such other relief as the Court deems appropriate.

Respectfully submitted,

/s/ Adam B. Cooke
Adam B. Cooke
Fla. Bar No. 634182
Email: acooke@fowler-white.com

Robert D. McIntosh
Fla. Bar No. 115490
Email: rmcintosh@fowler-white.com

FOWLER WHITE BURNETT, P.A.
200 East Las Olas Boulevard
Suite 2000 - Penthouse B
Fort Lauderdale, Florida 33301
Telephone:   (954) 377-8100
Facsimile:   (954) 377-8101

3

FOWLER WHITE BURNETT P.A. • 200 EAST LAS OLAS BOULEVARD, SUITE 2000 – PENTHOUSE B, FORT LAUDERDALE, FL 33301• (954) 377-8100