UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN ADMIRALTY

VIVERE ADVENTURES, LTD

     Plaintiff,

vs

                                        CASE NO.: 0:25-cv-61065-WPD

STARBOARD YACHT GROUP, LLC

     Defendant.

**NOTICE OF STRIKING**

     COMES NOW, Plaintiff, VIVERE ADVENTURES, LTD, by and through its undersigned

Counsel, and provides Notice of Striking its Complaint (Doc. No. 1).  An Amended Complaint

will be filed and in the interim Plaintiff respectfully request that Docket Entry No. 1 be stricken

from the docket.

                               Respectfully submitted,

                               /s/ Adam B. Cooke
                               Adam B. Cooke
                               Fla. Bar No. 634182
                               Email: acooke@fowler-white.com

                               Robert D. McIntosh
                               Fla. Bar No. 115490
                               Email: rmcintosh@fowler-white.com

                               FOWLER WHITE BURNETT, P.A.
                               200 East Las Olas Boulevard
                               Suite 2000 - Penthouse B
                               Fort Lauderdale, Florida 33301
                               Telephone:   (954) 377-8100
                               Facsimile:   (954) 377-8101