UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-61065-CIV-DIMITROULEAS

**Vivere Adventures, Ltd.,**

Plaintiff,

vs.

**Yacht Group, LLC**,

Defendant.

_____

## <u>ORDER TO SHOW CAUSE FOR LACK OF PROSECUTION</u>

THIS CAUSE is before the Court *sua sponte*.

A court has the inherent power to *sua sponte* dismiss a case for lack of prosecution. *See Link v. Wabash Railroad Co.*, 370 U.S. 626, 630 (1962). Pursuant to Rule 41(b), a district court may dismiss a complaint for failure to prosecute or failure to comply with a court order or the federal rules. Fed. R. Civ. P. 41(b).

Plaintiff filed a Complaint in this matter on May 29, 2025. [DE 1]. Defendant Yacht Group LLC was served on June 4, 2025. *See* [DE 6].  Plaintiff filed its Amended Complaint on June 24, 2025 [DE 6].  However, as of the date of this Order, Defendant Yacht Group LLC has not responded to the Complaint.

If a defendant fails to respond to a complaint, the plaintiff may move for a Clerk's Entry of Default. *See* Fed. R. Civ. P. 55(a).  In this case, although Defendant failed to timely respond to the Complaint, Plaintiff has not yet moved for Clerk's Entry of Default.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.   Plaintiff, on or before **July 24, 2025**, shall either move for Clerk's Entry of Default

against Defendant or show cause why this case should not be dismissed for a lack of prosecution as against Yacht Group LLC; and

2.   A failure to comply with this Order may result in immediate dismissal of Defendant Yacht Group LLC without prejudice, and the Court closing this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 17th day of July, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record