UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN ADMIRALTY

VIVERE ADVENTURES, LTD

      Plaintiff,

vs

STARBOARD YACHT GROUP, LLC

      Defendant.

CASE NO.: 0:25-cv-61065-WPD

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff, VIVERE ADVENTURES, LTD, by and through his undersigned counsel, Responds to this Court's Order to Show Cause dated July 17, 2025 [D.E. 8] as follows:

1.      Plaintiff filed its Complaint on May 29, 2025.

2.      Plaintiff served Defendant with the Complaint on June 4, 2025. Defendant's response to the Complaint, therefore, was due on June 25, 2025.

3.      Plaintiff filed an Amended Complaint on June 24, 2025. Defendant's response to the Amended Complaint, therefore, was due on July 7, 2025.

4.      On July 16, 2025, due to the Defendant's counsel being on vacation, before the Court's Order to Show Cause, the Parties reached an agreement to extend the Defendant's response to the Amended Complaint until July 27, 2025.

WHEREFORE, Plaintiff, VIVERE ADVENTURES, LTD, respectfully requests that the Order to Show Cause be discharged.

FOWLER WHITE BURNETT P.A. • 200 EAST LAS OLAS BOULEVARD, SUITE 2000 – PENTHOUSE B, FORT LAUDERDALE, FL 33301• (954) 377-8100

CASE NO.: 0:25-CV-61065-WPD

Dated: July 22, 2025                    Respectfully submitted,

/s/ Adam B. Cooke
Adam B. Cooke
Fla. Bar No. 634182
Email: acooke@fowler-white.com

Robert D. McIntosh
Fla. Bar No. 115490
Email: rmcintosh@fowler-white.com

FOWLER WHITE BURNETT, P.A.
200 East Las Olas Boulevard
Suite 2000 - Penthouse B
Fort Lauderdale, Florida 33301
Telephone:   (954) 377-8100
Facsimile:   (954) 377-8101