UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN ADMIRALTY

VIVERE ADVENTURES, LTD

     Plaintiff,

vs

STARBOARD YACHT GROUP, LLC

    Defendant.

CASE NO.: 0:25-CV-61065-WPD

## ANSWER AND AFFIRMATIVE DEFENSES TO THE AMENDED COMPLAINT

COMES NOW Defendant Starboard Yacht Group LLC by and through undersigned counsel and hereby answers the Amended Complaint as follows:

1. Paragraph 1 of the Amended Complaint is denied.

2. Paragraph 2 of the Amended Complaint is admitted.

3. Paragraph 3 of the Amended Complaint is admitted.

4. Paragraph 4 of the Amended Complaint is denied.

### COUNT I BREACH OF MARITIME CONTRACT

5. Defendant Starboard Yacht Group LLC realleges and reaffirms its answers numbered 1-4 above and further answers the Amended Complaint as follows:

6. Paragraph 6 of the Amended Complaint is denied as phrased.

7. Paragraph 7 of the Amended Complaint is not an allegation of fact but a claimed legal principle and is denied.

8. Paragraph 8 of the Amended Complaint is admitted.

1

9. Paragraph 9 of the Amended Complaint is denied.

10. Paragraph 10 of the Amended Complaint is denied.

11. Paragraph 11 of the Amended Complaint is denied.

12. Paragraph 12 of the Amended Complaint is denied.

13. Paragraph 13 of the Amended Complaint is denied.

14. Paragraph 14 of the Amended Complaint is denied.

15. Paragraph 15 of the Amended Complaint is denied.

WHEREFORE, having answered the Amended Complaint, Starboard Yacht Group LLC prays that it be dismissed with prejudice and for its costs in this matter.

## AFFIRMATIVE DEFENSES

**First Affirmative Defense:**  Failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(6). Plaintiff fails to attach a signed contract for the work or any agreement, including any terms to show a March deadline for performance.

**Second Affirmative Defense:**  Frustration of contract: Plaintiff failed to pay full consideration and failed to allow SYG to perform and complete the installation.

**Third Affirmative Defense:**  Impossibility to perform the alleged contract. Tortious interference with the Contract by Seakeeper and SYG's competitor and assisted by Plaintiff made it impossible to perform the contract.

**Fourth Affirmative Defense:** Statute of frauds set forth in § 725.01, Fla. Stat. (2019). Plaintiff's claim is over $500.  Plaintiff failed to attach a writing signed by the parties and containing the terms alleged in the Amended Complaint.

2

**Fifth Affirmative Defense**: Lack of Subject Matter Jurisdiction pursuant to Rule 12(b)(1). The purported contract was for goods and services all performed on land on a vessel out of navigation, therefore Admiralty Jurisdiction does not exist.

**Sixth Affirmative Defense:** Bad faith on the part of plaintiff.

**Seventh Affirmative Defense**: Force Majeure. Defendant was unable to perform the service completely due to matters beyond its control as to Seakeeper and the supply chain for some of the goods.

Respectfully submitted this July 28, 2025

s/Matthew J. Valcourt
Matthew J. Valcourt
Fla. Bar No. 0088791
VALCOURT AND ASSOCIATES LLC
850 NE Third St Suite 208
Dania FL 33004
Telephone: (305) 763-2891
Facsimile: (305) 470-7484
Email: mvalcourt@valcourtlaw.com
Attorneys for Defendant Starboard Yacht Group LLC

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2025, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Matthew J. Valcourt*
Matthew J. Valcourt