UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN ADMIRALTY

VIVERE ADVENTURES, LTD

      Plaintiff,

vs

STARBOARD YACHT GROUP, LLC

      Defendant.

CASE NO.: 0:25-cv-61065-WPD

## JOINT SCHEDULING REPORT

Pursuant to Fed. R. Civ. P. 26(f) and S.D. Fla. L.R. 16.1(B), Plaintiff VIVERE ADVENTURES, LTD and Defendant STARBOARD YACHT GROUP, LLC file this Joint Scheduling Report.

I.    **Appropriate Case Management Track**

The parties believe this case should be placed on the "expedited track" as described in Local Rule 16.1(A)(2)(b).

II.    **Organization of Discovery**

The parties recommend that discovery be conducted as set out in the Fed. R. Civ. P., and Local Rule 26.1, S.D. Fla. L.R.

(A)    **Detailed Discovery Schedule**

The parties have discussed voluntary disclosures pursuant to S.D. Fla. L.R. 26.1. The parties agree to make voluntary disclosures in accordance with Local Rule 26.1 under each of these categories within 10 days of the Court's issuance of a scheduling order.

**Plaintiff will disclose the following:**

a)     The names of each individual likely to have discoverable information, identifying the subjects of the information;

b)     all documents in Plaintiff's possession that are relevant to the disputed facts and all documents which Plaintiffs contemplate using in support of Plaintiffs' claims; and

c)     a description of all damages being sought in the action, as determined at that time, and all documents which support such claims.

**Defendant will disclose the following:**

a)     The names of each individual likely to have discoverable information, identifying the subjects of the information;

b)     all documents in its possession that are relevant to the disputed facts and all documents which Defendants contemplate using in support of the allegations in its answer.

c)     The existence of insurance coverage applicable to this matter.

The parties will complete all expert discovery **12 weeks** before the filing of the pretrial stipulation.

Plaintiff will furnish to Defendant an expert witness list along with the summaries/reports required by Local Rule 16.1.K. within **18 weeks** before the filing of the pretrial stipulation and shall make those experts available for deposition thereafter.

Defendant will furnish to Plaintiff their rebuttal expert witness list along with the summaries/reports required by Local Rule 16.1K within **14 weeks** prior to the filing of the pretrial stipulation and shall make those experts available for deposition thereafter.

2

III.    **Mandatory areas of discussion as required by the local rules**

(A)    **The likelihood of settlement**

The parties intend to discuss the possibility of settlement and are endeavoring to resolve the case. The parties are presently reviewing each other's claims and defenses and will continue to make a good-faith effort to settle. Should the matter be settled, the parties shall promptly notify the Court of same.

(B)    **The likelihood of appearance of additional parties**

It is unlikely that additional parties may be added to this action.

(C)    **Proposed limits on the time**

(i)    To join other parties and to amend the pleadings

*September 15, 2025

(ii)    To file and hear motions

*December 15, 2025

(iii)    To complete discovery

*December 10, 2025

(D)    **Proposals for the formulation and simplification of issues, including the elimination of frivolous claims or defenses, and the number and timing of motions for summary judgment or partial summary judgment**

The parties shall meet prior to the date of the Court ordered Pretrial Conference to agree on all facts and issues that will simplify the matters to be considered by the Court. Avoidance of frivolous claims or defenses will be handled in the same manner as Rule 11 of the Federal Rules of Civil Procedure so proscribes.

(E)    **The necessity or desirability of amendments to the pleadings**

It is unlikely that it will be necessary to amend the pleadings

(F)  **The possibility of obtaining admissions of fact and of documents, electronically stored information or things which will avoid unnecessary proof, stipulations regarding authenticity of documents and the need for advance rulings from the Court on the admissibility of evidence**

The Parties agree to attempt to stipulate concerning the authenticity and admissibility of documentary evidence to be offered at trial. The parties shall utilize the required joint pretrial stipulation for this purpose.

(G)  **Suggestions for the avoidance of unnecessary proof and of cumulative evidence**

The parties agree to attempt to stipulate concerning the authenticity and admissibility of documentary evidence to be offered at trial. The parties shall utilize the required joint pretrial stipulation for this purpose.

(H)  **Suggestions on the advisability of referring matters to the Magistrate Judge or Master**

The parties acknowledge that discovery issues are routinely assigned to the magistrate judge for disposition. Otherwise, none at this time.

(I)  **A preliminary estimate of the time required for trial**

The parties believe that a two day trial is probably appropriate given the facts of this case.

(J)  **Requested date or dates for conferences before trial, a final pretrial conference and trial**

    (i)  Mediation Cut-off                          - December 15, 2025

    (ii)  A final pretrial conference             - March 27, 2026

    (iii)  Trial                                          - April 6, 2026

The parties will comply with the dates set forth in the Court's Order.

(K)  **Any issues about: The parties have no issues about the three items below**

    (i)  disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced;

    (ii)  claims of privilege or of protection as trial-preparation materials, including -- if the parties agree on a procedure to assert those claims after production

4

CASE NO.: 0:25-CV-61065-WPD

-- whether to ask the court to include their agreement in an order under Federal Rule of Evidence 502; an

(iii) when the parties have agreed to use the ESI Checklist available on the Court's website (www.flsd.uscourts.gov), matters enumerated on the ESI Checklist; and

(L) **<u>Any other information that might be helpful to the Court in setting the case for status or pretrial conference</u>**

None at this time.

Dated on this 11th day of August, 2025.

Respectfully submitted,

/s/ Adam B. Cooke
Adam B. Cooke
Fla. Bar No. 634182
Email: acooke@fowler-white.com

Robert D. McIntosh
Fla. Bar No. 115490
Email: rmcintosh@fowler-white.com

FOWLER WHITE BURNETT, P.A.
200 East Las Olas Boulevard
Suite 2000 - Penthouse B
Fort Lauderdale, Florida 33301
Telephone:   (954) 377-8100
Facsimile:      (954) 377-8101
*Attorneys for Plaintiff Vivere Adventures, Ltd.*

/s/ Matthew J. Valcourt
Matthew J. Valcourt
Fla. Bar No. 0088791
Email: mvalcourt@valcourtlaw.com

VALCOURT AND ASSOCIATES LLC
850 NE Third St., Suite 208
Dania, Florida 33004
Telephone: (305) 763-2891
Facsimile: (305) 470-7484
*Attorneys for Defendant Starboard Yacht Group LLC*

5