UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN ADMIRALTY

VIVERE ADVENTURES, LTD

      Plaintiff,

vs

STARBOARD YACHT GROUP, LLC

      Defendant.

CASE NO.: 0:25-cv-61065-WPD

## **PROPOSED SCHEDULING ORDER**

The Parties propose that THIS MATTER be set for trial for the week of April 6, 2026, and

further propose to adhere to the following schedule:

|  |  |
|---|---|
|  | The Parties shall furnish their initial disclosures pursuant to Fed. R. Civ. P. 26. The Parties are under a continuing obligation to furnish supplements within ten (10) days of receipt or other notice of new or revised information. |
| September 15, 2025 | The Parties shall file motions to amend pleadings or join Parties. |
| November 20, 2025 | The Plaintiff shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| December 4, 2025 | The Defendants shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| December 9, 2025 | The Parties shall exchange rebuttal expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |

| December 10, 2025 | The Parties shall complete all discovery, including expert discovery |
|---|---|
| December 15, 2025 | The Parties shall complete mediation and file a mediation report with the Court. |
| December 15, 2025 | The Parties shall file all dispositive pre-trial motions and memoranda of law. The Parties shall also file any motions to strike or exclude expert testimony, whether based on Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), or any another basis. |
| January 29, 2026 | The Parties shall each file one motion in limine. All motions in limine must be filed at least six (6) weeks before calendar call. |
| March 26, 2026 | The Parties shall file their joint pretrial stipulation, witness lists, and exhibit lists in accordance with Local Rule 16.1(d) and (e). The Parties shall also file final proposed jury instructions or conclusions of law (for non-jury trials). |
| March 26, 2026 | The Parties shall submit their deposition designations. |
| March 27, 2026 | Final Pretrial Conference |
| April 2, 2026 | Call of the Trial Calendar. |
| April 6, 2026 | Proposed Trial Date. |