# EXHIBIT "1"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN ADMIRALTY

VIVERE ADVENTURES, LTD

     Plaintiff,

vs

STARBOARD YACHT GROUP, LLC

     Defendant.

CASE NO.: 0:25-cv-61065-WPD

## [PROPOSED] ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be conducted by Zoom/remote videoconference with mediator Jacob J. Munch, Esq., on November 4, 2025 at 9:00 a.m..

ENTERED this ___ day of _____, 2025.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished:
All counsel of record