UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

VIVERE ADVENTURES, LTD

      Plaintiff,

vs

CASE NO.: 0:25-cv-61065-WPD

STARBOARD YACHT GROUP, LLC

      Defendant.

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be conducted by Zoom/remote videoconference with mediator Jacob J. Munch, Esq., on November 4, 2025 at 9:00 a.m..

DONE AND ORDERED in Fort Lauderdale, Florida, this 18th day of August, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies
furnished:

Counsel of
record