UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN ADMIRALTY

VIVERE ADVENTURES, LTD

      Plaintiff,

vs

STARBOARD YACHT GROUP, LLC

      Defendant.

CASE NO.: 0:25-cv-61065-WPD

## PLAINTIFF'S FEDERAL RULE 26 INITIAL DISCLOSURES

Plaintiff, VIVERE ADVENTURES, LTD, hereby serves the following Federal Rule 26 Initial Disclosures.

Respectfully submitted,

/s/ Robert D. McIntosh
Robert D. McIntosh
Fla. Bar No. 115490
Email: rmcintosh@fowler-white.com

Adam B. Cooke
Fla. Bar No. 634182
Email: acooke@fowler-white.com

FOWLER WHITE BURNETT, P.A.
200 East Las Olas Boulevard
Suite 2000 - Penthouse B
Fort Lauderdale, Florida 33301
Telephone:   (954) 377-8100
Facsimile:   (954) 377-8101

CASE NO.: 0:25-cv-61065-WPD

- 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via email this

21st day of August, 2025 to Matthew J. Valcourt, VALCOURT AND ASSOCIATES, LLC,

mvalcourt@valcourtlaw.com

/s/ Robert D. McIntosh
Robert D. McIntosh

FOWLER WHITE BURNETT P.A. • 200 EAST LAS OLAS BOULEVARD, SUITE 2000 – PENTHOUSE B, FORT LAUDERDALE, FL 33301• (954) 377-8100

## RULE 26 INITIAL DISCLOSURE

**Rule 26(a)(1)(A)(i):** the name, and if known, the address and telephone number of each individual likely to have discoverable information – along with the subjects of that information – that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment purposes.

**Answer:** At the present time, Plaintiff is aware of the following persons with possibly discoverable information:

- **VIVERE ADVENTURES, LTD - PLAINTIFF**
  c/o Robert D. McIntosh, Esq., Fowler White Burnett, P.A., 200 East Las Olas Boulevard, Suite 2000 – Penthouse B, Fort Lauderdale, Florida 33301

  Subject Matter: Knowledge regarding claims in the Complaint.

- **CAPTAIN VINCENT SEGARD**
  c/o Robert D. McIntosh, Esq., Fowler White Burnett, P.A., 200 East Las Olas Boulevard, Suite 2000 – Penthouse B, Fort Lauderdale, Florida 33301

  Subject Matter: Knowledge of what work was requested of the yard; what work was done by the yard and what material was provided by the yard; what money was paid to the yard; what work the yard was to do for the money paid; and the time the work was to be finished.

- **CAPTAIN LUCAS GOURIO**
  c/o Robert D. McIntosh, Esq., Fowler White Burnett, P.A., 200 East Las Olas Boulevard, Suite 2000 – Penthouse B, Fort Lauderdale, Florida 33301.

  Subject Matter: Knowledge of what work was requested of the yard; what work was done by the yard and what material was provided by the yard; what money was paid to the yard; what work the yard was to do for the money paid; and the time the work was to be finished.

- **VIVERE ADVENTURES, LTD - DEFENDANT**
  c/o Matthew J. Valcourt, Esq., Valcourt and Associates LLC, 850 NE Third St., Suite 208, Dania, Florida 33004.

  Subject Matter: Knowledge regarding claims in the Complaint.

- **TRAVIS MOORE - VIVERE ADVENTURES, LTD**
  c/o Matthew J. Valcourt, Esq., Valcourt and Associates LLC, 850 NE Third St., Suite 208, Dania, Florida 33004.

Subject Matter: Knowledge of service writers that have knowledge of what work was agreed to be done; when the work was to be done; the amount charged for the work; the amount paid for the work; and what work was done.

- **Elvis - VIVERE ADVENTURES, LTD**
  c/o Matthew J. Valcourt, Esq., Valcourt and Associates LLC, 850 NE Third St., Suite 208, Dania, Florida 33004.

  Subject Matter: Knowledge of service writers that have knowledge of what work was agreed to be done; when the work was to be done; the amount charged for the work; the amount paid for the work; and what work was done.

**Rule 26(a)(1)(A)(ii):** a copy – or description by category and location – of all documents electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless solely used for impeachment.

**Answer:** Records of payment to the yard for the services to be rendered.

**Rule 26(a)(1)(A)(iii):** computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

**Answer**: Total of the claim is $79,965.00. Discovery continues.

**Rule 26(a)(1)(A)(iv):** for inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**Answer:** We are not aware of any insurance that might be liable to satisfy our claim.

FOWLER WHITE BURNETT P.A. • 200 EAST LAS OLAS BOULEVARD, SUITE 2000 – PENTHOUSE B, FORT LAUDERDALE, FL 33301• (954) 377-8100