UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN ADMIRALTY

VIVERE ADVENTURES, LTD

      Plaintiff,

vs

STARBOARD YACHT GROUP, LLC

      Defendant.

CASE NO.: 0:25-cv-61065-WPD

## AMENDED JOINT NOTICE OF MEDIATOR SELECTION & MEDIATION CONFERENCE

Plaintiff, VIVERE ADVENTURES, LTD, and Defendant, STARBOARD YACHT GROUP, LLC, pursuant to this Court's Scheduling Order [ECF No. 12], jointly give notice that they have agreed to mediate this case before Thomas D. Lardin, with the Mediation Conference to be held on November 13, 2025, via Zoom videoconference, at 1:00 p.m. A proposed order scheduling mediation is attached as Exhibit 1.

Respectfully submitted this 30th day of October, 2025.

/s/ Adam B. Cooke
Adam B. Cooke
Fla. Bar No. 634182
Email: acooke@fowler-white.com

Robert D. McIntosh
Fla. Bar No. 115490
Email: rmcintosh@fowler-white.com

FOWLER WHITE BURNETT, P.A.
200 East Las Olas Boulevard
Suite 2000 - Penthouse B
Fort Lauderdale, Florida 33301
Telephone:   (954) 377-8100
Facsimile:    (954) 377-8101
*Attorneys for Plaintiff Vivere Adventures, Ltd.*

/s/ Matthew J. Valcourt
Matthew J. Valcourt
Fla. Bar No. 0088791
Email: mvalcourt@valcourtlaw.com

VALCOURT AND ASSOCIATES LLC
850 NE Third St., Suite 208
Dania, Florida 33004
Telephone: (305) 763-2891
Facsimile: (305) 470-7484
*Attorneys for Defendant Starboard Yacht Group LLC*