UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-61065-CIV-DIMITROULEAS

VIVERE ADVENTURES, LTD,

    Plaintiff,

vs.

STARBOARD YACHT GROUP, LLC,

    Defendant.

_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be conducted by Zoom/remote videoconference with mediator Thomas D. Lardin, Esq., on November 13, 2025 at 1:00 p.m..

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 30th day of October, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All Counsel of Record