UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN ADMIRALTY

VIVERE ADVENTURES, LTD

      Plaintiff,

vs

STARBOARD YACHT GROUP, LLC

      Defendant.

CASE NO.: 0:25-CV-61065-WPD

## <u>UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD AND MEMORANDUM OF LAW</u>

COMES NOW, Matthew John Valcourt, and Valcourt and Associates LLC, and hereby moves to withdraw as counsel of record for Defendant Starboard Yacht Group LLC, and as grounds states as follows:

1.  Irreconcilable differences have arisen between the Defendant  and undersigned counsel which include manner and method of defending the case, disputes as to the law, and compensation for the work performed.

2.  Additionally on October 31, 2025 Starboard Yacht Group LLC discharged the undersigned in writing.

3.  Undersigned counsel therefore respectfully requests that he and his firm be relieved of any further obligations in this matter.

1

4.  Once an order has been entered, all future pleadings and communications should be directed to Mr. Charles "Jake" Stratmann, Starboard Yacht Group LLC,  850 NE 3 Street, Suite 208 Dania Beach, FL 33004.

5.  As to Defendant Starboard Yacht Group, undersigned counsel requests 25 days for the corporate defendant to retain new counsel.

WHEREFORE,   Matthew John Valcourt and Valcourt and Associates LLC respectfully request that the Court enter an order granting its Motion to Withdraw as Counsel and provide any other and further relief this Court deems just and proper.

Respectfully submitted this November 17, 2025.

s/Matthew J. Valcourt
Matthew J. Valcourt
Fla. Bar No. 0088791
VALCOURT AND ASSOCIATES LLC
850 NE Third St Suite 208
Dania FL 33004
Telephone: (305) 763-2891
Facsimile: (305) 470-7484
Email: mvalcourt@valcourtlaw.com
Attorneys for Defendant Starboard Yacht Group LLC

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2025, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Matthew J. Valcourt*
Matthew J. Valcourt

Cc: Starboard Yacht Group LLC via mail and email jake@starboardyacht.com

2