UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25- 61065-CIV-DIMITROULEAS

VIVERE ADVENTURES, LTD,

      Plaintiff,

v.

STARBOARD YACHT GROUP, LLC,

      Defendant.

_____/

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

THIS CAUSE is before the Court upon the Unopposed Motion to Withdraw as Counsel [DE 19], filed herein on November 17, 2025. (the "Motion"). The Court has carefully considered the Motion [DE 19] and is otherwise fully advised in the premises.

Matthew John Valcourt and Valcourt and Associates, LLC seeks to withdraw as counsel of record for Defendant Starboard Yacht Group, LLC. The Motion represents Defendant has discharged the moving counsel in writing, as irreconcilable differences have arisen between Defendant and moving counsel.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion to Withdraw as Counsel [DE 19] is **GRANTED**;

2. Matthew John Valcourt and Valcourt and Associates, LLC. is discharged from further responsibility to Defendant Starboard Yacht Group, LLC in connection with this action.

1

3. Defendant Starboard Yacht Group, LLC is reminded that it is a well-settled principle of law that a corporation cannot appear *pro se* and must be represented by counsel. *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385-1386 (11th Cir. 1985), *cert. denied*, 474 U.S. 1058 (1986); *National Independent Theater Exhibitors, Inc. v. Buena Vista Distribution Company*, 748 F.2d 602, 609 (11th Cir. 1985), *cert. denied* 471 U.S. 1056 (1985).

4. If Defendant Starboard Yacht Group, LLC does not obtain counsel to appear in the record and on or before **December 5, 2025**, the Court will deem Defendant Starboard Yacht Group, LLC to be in default, strike its filings, and require Plaintiff to file a motion for default judgment.

5. Matthew John Valcourt is **DIRECTED** to provide Defendant Starboard Yacht Group, LLC with a copy of this Order on or before **November 25, 2025,** and file a notice of compliance in the record, stating the manner in which the Order was provided to the Defendant.

   **DONE AND ORDERED** in Chambers in Ft. Lauderdale, Broward County, Florida, this 21st day of November, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record

2