UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25- 61065-CIV-DIMITROULEAS

VIVERE ADVENTURES, LTD,

     Plaintiff,

v.

STARBOARD YACHT GROUP, LLC,

     Defendant.

_____/

## **ORDER**

THIS CAUSE is before the Court on *sua sponte* review of the record.

On November 21, 2025, the Court entered an order granting counsel Matthew John Valcourt and Valcourt and Associates, LLC motion to withdraw as counsel. In that Order the Court required Matthew John Valcourt to provide Defendant Starboard Yacht Group, LLC with a copy of that Order [DE 20] on or before November 25, 2025 and file a notice of compliance in the record, stating the manner in which the Order was provided to the Defendant. The Court warned that Defendant, as an LLC, was required to appear in the record with counsel and that a failure to do so would result in the Court deeming Defendant to be in default and striking its pleadings.

As of the date of this Order, Matthew John Valcourt and Valcourt and Associates, LLC has not filed a notice of compliance indicating that Defendant Starboard LLC ever received a copy of that Order [DE 20].

1

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Matthew John Valcourt is again **DIRECTED** to serve a copy of this Order on Defendant Starboard Yacht Group, LLC. on or before **December 15, 2025,** and file a notice of compliance in the record, stating the manner in which the Order was provided to the Defendant.

2. Defendant Starboard Yacht Group, LLC is reminded that it is a well-settled principle of law that a corporation cannot appear *pro se* and must be represented by counsel. *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385-1386 (11th Cir. 1985), *cert. denied*, 474 U.S. 1058 (1986); *National Independent Theater Exhibitors, Inc. v. Buena Vista Distribution Company*, 748 F.2d 602, 609 (11th Cir. 1985), *cert. denied* 471 U.S. 1056 (1985).

3. **If Defendant Starboard Yacht Group, LLC does not obtain counsel to appear in the record and within seven days of being provided with this Order, the Court will deem Defendant Starboard Yacht Group, LLC to be in default, strike its filings, and require Plaintiff to file a motion for default judgment.**

4. The Clerk is **DIRECTED** to send a copy of this Order to the email and mailing addresses below.

**DONE AND ORDERED** in Chambers in Ft. Lauderdale, Broward County, Florida, this 9th day of December, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record

2

Matthew John Valcourt
Valcourt and Associates LLC
850 NE Third Street
Suite 208
Ste 208
Dania, FL 33004
305-763-2891
Fax: 305-470-7484
Email: mvalcourt@valcourtlaw.com

3