UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN ADMIRALTY

VIVERE ADVENTURES, LTD

      Plaintiff,

vs

      CASE NO.: 0:25-CV-61065-WPD

STARBOARD YACHT GROUP, LLC

      Defendant.

## NOTICE OF COMPLIANCE

COMES NOW, Matthew John Valcourt, and Valcourt and Associates LLC, and hereby files this Notice of Compliance pursuant to this Court's Order on withdrawal (D.E. 21) as follows:

1.    The undersigned sent a copy of DE 21 to the defendant's Managing Member, Charles Jacob Stratmann at his company email: jake@starboardyacht.com on December 9, 2025. Charles Jacob Stratmann acknowledged receipt.

2.    The undersigned sent a copy of DE 21 to Starboard Yacht Group LLC at the corporate address of 850 NE third St Ste 208, Dania FL 33004 via US Mail on December 9, 2025.

3.    The undersigned sent a copy of DE 21 to Charles Stratman at his home address in Ft Lauderdale Florida via Federal Express first morning delivery on December 9, 2025, via FEDEX Airbill NO: 886902430281. Pursuant to FEDEX Tracking, the package was received on December 10, 2025 at 08:28 am.

1

Respectfully submitted this December 10, 2025.

> *s/Matthew J. Valcourt*
> Matthew J. Valcourt
> Fla. Bar No. 0088791
> VALCOURT AND ASSOCIATES LLC
> 850 NE Third St Suite 208
> Dania FL 33004
> Telephone: (305) 763-2891
> Facsimile: (305) 470-7484
> Email: mvalcourt@valcourtlaw.com
> Attorneys for Defendant Starboard Yacht Group LLC

### CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2025, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

> *s/ Matthew J. Valcourt*
> Matthew J. Valcourt

Cc: Starboard Yacht Group LLC via US mail, Federal Express and email jake@starboardyacht.com