UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25- 61065-CIV-DIMITROULEAS

VIVERE ADVENTURES, LTD,

      Plaintiff,

v.

STARBOARD YACHT GROUP, LLC,

      Defendant.

_____/

## ORDER

THIS CAUSE is before the Court on *sua sponte* review of the record.

On November 21, 2025, the Court entered an order granting counsel Matthew John Valcourt and Valcourt and Associates, LLC motion to withdraw as counsel. In that Order the Court required Matthew John Valcourt to provide Defendant Starboard Yacht Group, LLC with a copy of that Order [DE 20] on or before November 25, 2025 and file a notice of compliance in the record, stating the manner in which the Order was provided to the Defendant. The Court warned that Defendant, as an LLC, was required to appear in the record with counsel and that a failure to do so would result in the Court deeming Defendant to be in default and striking its pleadings.

On December 10, 2025, Matthew John Valcourt and Valcourt and Associates, LLC filed a notice of compliance indicating that Defendant Starboard LLC received a copy of that Order [DE 21].

In the Order [DE 21], the Court stated "If Defendant Starboard Yacht Group, LLC does not obtain counsel to appear in the record and within seven days of being provided with this

Order, the Court will deem Defendant Starboard Yacht Group, LLC to be in default, strike its filings, and require Plaintiff to file a motion for default judgment." [DE 21].

Seven days have passed since indication Defendant was served with a copy of [DE 21]. *See* [DE 23].

Accordingly, it is **ORDERED AND ADJUDGED** that Defendant Starboard Yacht Group, LLC is hereby in **DEFAULT**. Its filings are **STRICKEN**. Plaintiff shall file a motion for default judgment on or before December 26, 2025.

**DONE AND ORDERED** in Chambers in Ft. Lauderdale, Broward County, Florida, this 18th day of December, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to

Counsel of record