# EXHIBIT "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN ADMIRALTY

VIVERE ADVENTURES, LTD

       Plaintiff,

vs

STARBOARD YACHT GROUP, LLC

       Defendant.

CASE NO.: 0:25-cv-61065-WPD

## DECLARATION OF CAPTAIN LUCAS GOURIO IN SUPPORT MOTION FOR ENTRY OF FINAL DEFAULT JUDGMENT

I, LUCAS GOURIO, declare under penalty of perjury under the laws of the United States of America as follows:

1. My name is LUCAS GOURIO.

2. I am over eighteen (18) years of age and competent to make this Declaration.

3. I am the former Captain of the Motor Yacht *Formosa*, which was at all times material hereto owned by Plaintiff VIVERE ADVENTURES, LTD. Since the events in this Declaration have transpired, the yacht has been sold and I am no longer the Captain of the Vessel.

4. I make this declaration on my own personal knowledge as well as upon a review of the records maintained in the ordinary course of my service as Captain for VIVERE ADVENTURES, LTD.'s for the Motor Yacht *Formosa.* I have also reviewed the Amended Complaint and all exhibits attached thereto.

CASE NO.: 0:25-cv-61065-WPD

5.     On or about December, 2024, VIVERE hired STARBOARD to install a Seakeeper and a 220v battery charger with circuits breakers on the Motor Yacht *Formosa*.  It was agreed that the work would be completed by March, 2025.

6.     In connection with the work, STARBOARD provided two invoices and a work order for the following amounts: 1) $59,339.67, 2) $15,537.01 and 3) $12,680.10.  See *EXHIBIT "A," to Amended Complaint, Doc. No. 6-1.*

7.     VIVERE has paid STARBOARD the sum of $78,209.77, which includes the entirety of the invoices, and a $6,190.00 deposit for the additional work order.  Payments were made as follows:

| Date of Payment | Means of Payment | Amount of Payment |
|---|---|---|
| 01/07/2025 | Wire transfer | $ 59,339.67 |
| 02/19/2025 | Wire transfer | $ 6,190 |
| 03/04/2025 | Wire transfer | $ 12,680.10 |
| **TOTAL** | | $78,209.77 |

5.     STARBOARD never installed or provided the Seakeeper, nor has it returned any of the payments made.

6.     STARBOARD also caused damage to the Vessel's hatch which cost $ 7,435.50 to fix.  See statement from Rybovich shipyard.

7.     Pursuant to 28 USC §1746, I declare under penalty of perjury pursuant to the laws of the United States of America that I have read the foregoing declaration and that the facts contained therein are true and correct.

- 2 -

- 3 -

CASE NO.: 0:25-cv-61065-WPD

Dated: December 24, 2025

By:_____
Captain Lucas Gourio, Former Captain of M/Y
Formosa

On behalf of VIVERE ADVENTURES, LTD.

VIVERE ADVENTURES LTD.
4TH Floor, Anderson Square
P.O. BOX 1808 Shedden Road,
George Town Grand Cayman KY1-1109
CAYMAN ISLANDS

Captain Lucas GOURIO
M/Y  FORMOSA

FOWLER WHITE BURNETT P.A. • 200 EAST LAS OLAS BOULEVARD, SUITE 2000 – PENTHOUSE B, FORT LAUDERDALE, FL 33301• (954) 377-8100

# SAFE HARBOR MARINAS

# Departure Invoice #: WOBILL00081387

**Customer** 912452
**FORMOSA- 197' Benetti**
C/O FRASER YACHTS
1800 SE 10TH AVE
SUITE 400
FORTLAUDERDALE, FL 33316

**Bill To: 26775 - VIVERE ADVENTURES LTD**
C/O FRASER YACHTS
1800 SE 10TH AVE
SUITE 400
FORT LAUDERDALE, FL 33316

**Please Wire Payment To:**

Regions Bank
1900 Fifth Avenue North, Birmingham, AL 35203

**Attention:** ███████████████████

**ABA Routing No.** ███████████
**For Credit to:**       RSBC Real Estate Company
                        LLLP DBA Rybovich

**Account No.:** ██████████
**Swift Code:** ██████████

Credit card administrative fee 2.95%

**Please Reference:**    912452

**Work Order:** 58219

## 1- ELECTRICAL

| | Billing Type | Hours | Labor | Materials | Rentals | Purchases | Pending | InvoiceTotal | Billings to Date |
|---|---|---|---|---|---|---|---|---|---|
| 1.01-AWA: 1-Generator Reverse Power Trips/Speed Control Galley Extraction Fan | Estimate - $1,649.98 | | | | | | $1,649.98 | **$1,649.98** | $1,649.98 |
| 1.02-AWA: 9-Ships Check for the works on the Jacuzzi and Sliding Door | Time & Materials | | | | | | $2,000.00 | **$2,000.00** | $2,000.00 |
| **Job ELECTRICAL Total:** | | **0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$3,649.98** | **$3,649.98** | $3,649.98 |

## 2- TENDERS

| | Billing Type | Hours | Labor | Materials | Rentals | Purchases | Pending | InvoiceTotal | Billings to Date |
|---|---|---|---|---|---|---|---|---|---|
| 2.01-AWA: 2-Tenders - Haul, Stage and Launch | Firm Price - $300.00 | | | | | | | **$120.00** | $300.00 |
| 2.02-AWA: 2-Divers | Time & Materials | | | | | | | **$0.00** | $0.00 |
| 2.03-AWA: 2-Tenders - Shrinkwrap | Time & Materials | | | | | | | **$0.00** | $0.00 |
| 2.04-AWA: 2-Tender Storage | Contractual | | | | | | | **$0.00** | $0.00 |
| 2.05-AWA: 2-Pressure Wash | Time & Materials | | | | | | | **$0.00** | $45.00 |
| 2.06-AWA: 3-Contender Sea Keeper Fiberglass Structure | Estimate - $60,562.50 | | | | | 6,450.00 | | **$6,450.00** | $6,450.00 |
| 2.07-AWA: 4-Seakeeper Supply and Installation | Estimate - $63,017.50 | | | | | 425.00 | | **$425.00** | $425.00 |
| 2.08-AWA: 5-CME for Tender | Estimate - $2,801.50 | | | | | 2,528.50 | $273.00 | **$2,801.50** | $2,801.50 |

Case 0:25-cv-61065-WPD Document 25-1 Entered on FLSD Docket 12/24/2025

# SAFE HARBOR MARINAS

## 2- TENDERS

| | Billing Type | Hours | Labor | Materials | Rentals | Purchases | Pending | InvoiceTotal | Billings to Date |
|---|---|---|---|---|---|---|---|---|---|
| 2.09-AWA: 8-Contender 35 Hatch Rebuild | Estimate - $7,437.50 | | | | | | $7,437.50 | **$7,437.50** | $7,437.50 |
| **Job TENDERS Total:** | | **0.00** | **$0.00** | **$0.00** | **$0.00** | **$9,403.50** | **$7,710.50** | **$17,234.00** | $17,459.00 |

## 3- TANKAGE

| | Billing Type | Hours | Labor | Materials | Rentals | Purchases | Pending | InvoiceTotal | Billings to Date |
|---|---|---|---|---|---|---|---|---|---|
| 3.01-AWA: 6-Pump out | Estimate - $2,164.50 | | | | | 2,164.50 | | **$2,164.50** | $2,164.50 |
| 3.02-AWA: 11-Pump Out BW | Estimate - $2,405.00 | | | | | 2,405.00 | | **$2,405.00** | $2,405.00 |
| 3.03-AWA: 12-Pump Out BW Contents | Estimate - $2,405.00 | | | | | | $2,405.00 | **$2,405.00** | $2,405.00 |
| **Job TANKAGE Total:** | | **0.00** | **$0.00** | **$0.00** | **$0.00** | **$4,569.50** | **$2,405.00** | **$6,974.50** | $6,974.50 |

## 4- FIBERGLASS WORK

| | Billing Type | Hours | Labor | Materials | Rentals | Purchases | Pending | InvoiceTotal | Billings to Date |
|---|---|---|---|---|---|---|---|---|---|
| 4.01-AWA: 7-Exhaust Elbow Modification | Estimate - $2,687.50 | | | | | | $2,687.50 | **$2,687.50** | $2,687.50 |
| **Job FIBERGLASS WORK Total:** | | **0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$2,687.50** | **$2,687.50** | $2,687.50 |

## 5- Misc. Shipyard Services

| | Billing Type | Hours | Labor | Materials | Rentals | Purchases | Pending | InvoiceTotal | Billings to Date |
|---|---|---|---|---|---|---|---|---|---|
| 5.01-AWA: 10-Generator Exhaust, Grill, Repairs | Estimate - $6,864.00 | | | | | | $3,500.00 | **$3,500.00** | $3,500.00 |
| 5.02-AWA: 10-Access, Float, Rental | Estimate - $520.00 | | | | | | $520.00 | **$520.00** | $520.00 |
| **Job Misc. Shipyard Services Total:** | | **0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$4,020.00** | **$4,020.00** | $4,020.00 |

## 851- YARD SERVICES

| | Billing Type | Hours | Labor | Materials | Rentals | Purchases | Pending | InvoiceTotal | Billings to Date |
|---|---|---|---|---|---|---|---|---|---|
| 851.01-Crane Services | Time & Materials | | | | | | | **$0.00** | $0.00 |
| 851.02-Barge Crane Services | Time & Materials | | | | | | | **$0.00** | $0.00 |
| 851.03-Fork Lift Services | Time & Materials | | | | | | | **$0.00** | $0.00 |
| 851.04-Man Lift/Scissor Lift Services | Time & Materials | | | | | | | **$0.00** | $0.00 |
| 851.05-Hazmat Waste | Time & Materials | | | | | | | **$0.00** | $0.00 |

**Invoice Date:** 5/14/2025
**Invoice Thru:** 5/14/2025

### 851- YARD SERVICES

| | Billing Type | Hours | Labor | Materials | Rentals | Purchases | Pending | InvoiceTotal | Billings to Date |
|---|---|---|---|---|---|---|---|---|---|
| 851.06-Crew Assist | Time & Materials | | | | | | | $0.00 | $0.00 |
| 851.07-Hot Work Certification | Time & Materials | | | | | | | $0.00 | $0.00 |
| 851.08-Gas Free Maintenance | Time & Materials | | | | | | | $0.00 | $0.00 |
| 851.09-Dye Pen Testing | Time & Materials | | | | | | | $0.00 | $0.00 |
| 851.10-Crew Purchase | Time & Materials | | | | | | | $0.00 | $0.00 |
| 851.11-Shipping, Receiving and Dockside Services/Deliveries | Time & Materials | | | | | | | $0.00 | $0.00 |
| **Job YARD SERVICES Total:** | | **0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | | **$0.00** | $0.00 |

| | This Invoice | Billings to date |
|---|---|---|
| **Invoice Job Totals** | $34,565.98 | $34,790.98 |
| **Insurance and Environmental Fees** | $493.25 | $501.13 |
| **Project Management Fees** | $493.25 | $501.13 |
| **Sales Tax** | $1,055.57 | $1,072.42 |
| **Pending Fees and Taxes** | $2,966.53 | $2,966.53 |
| **Total** | **$39,574.58** | **$39,832.19** |

## Customer Acceptance

_____        _____
Owner or Authorized Representative              Date of Acceptance

Printed Name/Title

_____