UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
IN ADMIRALTY

VIVERE ADVENTURES, LTD

    Plaintiff,

vs

STARBOARD YACHT GROUP, LLC

    Defendant.

CASE NO.: 0:25-cv-61065-WPD

**ORDER GRANTING MOTION FOR FINAL DEFAULT JUDGMENT**

THIS MATTER having come before this Court upon Plaintiff's Motion for Final Default Judgment (Doc. No. 25), and the Court having reviewed the Motion, and all pertinent parts of the record, and being otherwise fully advised in the premises, it is:

**ORDERED AND ADJUDGED:**

1.    Plaintiff's Motion for Entry of Final Default Judgment is hereby GRANTED.

2.    The Clerk of the Court is directed to enter judgment in favor of VIVERE ADVENTURES, LTD. and against STARBOARD YACHT GROUP, LLC in the principal amount of $85,645.27, plus pre-judgment interest through December 26, 2025 in the amount of $8,433.58, plus pre-judgment interest thereafter through the date of judgment in the per-diem amount of $16.50, plus costs, and post-judgment interest thereafter.

3.    Plaintiff shall file its Motion to Tax Costs in accordance with the time provided in the Local Rules.

DONE AND ORDERED in Fort Lauderdale, Florida, this _____ day of December 2025.

_____
WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

CASE NO. 9:25-cv-80646

cc:      Counsel of Record