UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
IN ADMIRALTY

VIVERE ADVENTURES, LTD

     Plaintiff,

vs

                            CASE NO.: 0:25-cv-61065-WPD

STARBOARD YACHT GROUP, LLC

     Defendant.

## PROPOSED FINAL DEFAULT JUDGMENT

Pursuant to this Court's Order dated December ___ 2025, Final Default Judgment is hereby entered in favor of VIVERE ADVENTURES, LTD. and against STARBOARD YACHT GROUP, LLC in the principal amount of $85,645.27, plus pre-judgment interest through December 26, 2025 in the amount of $8,433.58, plus pre-judgment interest thereafter through the date of judgment in the per-diem amount of $16.50, plus costs to be taxed at a later date via separate motion, and post-judgment interest thereafter, for which let execution issue.

     **ENTERED this _____ day of December, 2025**

               ANGELA E. NOBLE, CLERK OF COURT

               _____

               Clerk of Court
               United States District Court for Southern District of Florida
               By: Deputy Clerk

Copies: Counsel of Record