UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25- 61065-CIV-DIMITROULEAS

VIVERE ADVENTURES, LTD,

      Plaintiff,

v.

STARBOARD YACHT GROUP, LLC,

      Defendant.

_____/

**ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT
GRANT PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

THIS CAUSE is before the Court on *sua sponte* review of the record.

Plaintiff initiated this action on May 29, 2026, and filed an amended complaint on June 24, 2025. [DE 6]. Defendant's response to the amended complaint was thereafter due on July 8, 2025. When Defendant failed to respond, the court issued an Order to Show Cause for Lack of Prosecution. See [DE 8]. Defendant thereafter filed an answer on July 28, 2025. [DE 10].

On November 21, 2025, the Court entered an order granting Defendant counsel Matthew John Valcourt and Valcourt and Associates, LLC's motion to withdraw as counsel. The Court warned that Defendant, as an LLC, was required to appear in the record with counsel and that a failure to do so would result in the Court deeming Defendant to be in default and striking its pleadings. [DE 20]. On December 10, 2025, Matthew John Valcourt and Valcourt and Associates, LLC filed a notice of compliance indicating that Defendant Starboard LLC received a copy of that Order [DE 21]. *See* [DE 23]. Still, Defendant has failed to appear in the record with counsel. The Court therefore struck Defendant's pleadings and required Plaintiff to file a motion for default judgment. [DE 24].

Plaintiff has now filed a motion for default judgment seeking a total of $85,645.27, plus pre-judgment interest through December 26, 2025, in the amount of $8,433.58, plus pre-judgment interest thereafter through the date of judgment in the per-diem amount of $16.50, plus costs, and post-judgment interest thereafter. [DE 25].

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. On or before **January 12, 2026**, Defendant shall show cause why Plaintiff's Motion for Entry of Default Judgment [DE 25] should not be granted;

2. A failure to timely respond may result in the immediate entry of a default judgment in Plaintiff's favor against Defendant.

3. Plaintiff is **DIRECTED** to deliver a copy of this Order on Defendant by **January 5, 2026**, and, upon delivery, file a notice in the record so indicating.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 29th day of December, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All Counsel of Record