UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN ADMIRALTY

VIVERE ADVENTURES, LTD

      Plaintiff,

vs

STARBOARD YACHT GROUP, LLC

      Defendant.

CASE NO.: 0:25-cv-61065-WPD

## PLAINTIFF'S NOTICE OF COMPLIANCE

Plaintiff, VIVERE ADVENTURES, LTD, by and through undersigned counsel, hereby files this Notice of Compliance pursuant to this Court's Order (D.E. 26) as follows:

1. The undersigned sent a copy of D.E. 26 to the Defendant's Managing Member, Charles Jacob Stratmann at his company email: jake@starboardyacht.com on January 5, 2026.

2. The undersigned sent a copy of D.E. 26 to Starboard Yacht Group LLC at the corporate address of 850 NE 3rd St., Ste. 208, Dania, Florida 33004 via Certified Mail Return Receipt and U.S. Mail on January 8, 2026.

CASE NO.: 0:25-CV-61065-WPD

Dated: January 8, 2026

Respectfully submitted,

/s/ Adam B. Cooke
Adam B. Cooke
Fla. Bar No. 634182
Email: acooke@fowler-white.com

Robert D. McIntosh
Fla. Bar No. 115490
Email: rmcintosh@fowler-white.com

FOWLER WHITE BURNETT, P.A.
200 East Las Olas Boulevard
Suite 2000 - Penthouse B
Fort Lauderdale, Florida 33301
Telephone:   (954) 377-8100
Facsimile:    (954) 377-8101

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2026, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Adam B. Cooke
Adam B. Cooke

2