UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

VIVERE ADVENTURES, LTD.,
     Plaintiff,

v.                       Case No. 0:25-cv-61065-WPD

STARBOARD YACHT GROUP, LLC,
     Defendant.

_____/

**[PROPOSED]**

**ORDER VACATING DEFAULT AND DENYING DEFAULT JUDGMENT**

THIS CAUSE comes before the Court on Defendant Starboard Yacht Group, LLC's Response to Order to Show Cause and Emergency Motion to Vacate Default (DE ___). The Court, having reviewed the motion, the response in opposition thereto, if any, and being otherwise fully advised in the premises, finds as follows:

1. Defendant's default was not the result of culpable conduct or willful disregard, but rather resulted from counsel's withdrawal and the procedural inability of a limited liability company to appear pro se in federal court;

2. Defendant has presented a meritorious defense, specifically that performance of the underlying contract was made impossible by the actions of a third party (Seakeeper, Inc.) in terminating Defendant's dealer status and refusing to ship the contracted equipment;

3. Plaintiff will suffer no cognizable prejudice from vacating the default, as the case is in its early stages and Plaintiff retains all rights to prove its claims on the merits;

4. The strong policy favoring resolution of cases on the merits weighs in favor of vacating the default. See Fla. Physician's Ins. Co. v. Ehlers, 8 F.3d 780, 783 (11th Cir. 1993).

Accordingly, it is hereby:

**ORDERED AND ADJUDGED that:**

1. Defendant's Motion to Vacate Default is GRANTED;

2. The Clerk's Entry of Default (DE 23) is hereby VACATED;

3. Plaintiff's Motion for Default Judgment (DE 25) is DENIED;

4. Defendant's Answer and Affirmative Defenses (DE 9) are hereby REINSTATED;

5. Defendant is granted leave to file a Third-Party Complaint against Seakeeper, Inc. within fourteen (14) days of this Order;

6. Defendant shall have licensed counsel file a Notice of Appearance within twenty-one (21) days of this Order;

7. The parties shall confer and file a Joint Scheduling Report within thirty (30) days of this Order.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of _____, 2026.

HONORABLE WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

*Copies to:*

All counsel of record via CM/ECF