**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**



FILED BY _____ D.C.

JAN 12 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

VIVERE ADVENTURES, LTD.,
  Plaintiff,

v.          Case No. 0:25-cv-61065-WPD

STARBOARD YACHT GROUP, LLC,
  Defendant.

_____/

## NOTICE REGARDING REPRESENTATION STATUS

## AND INTERIM PRO SE APPEARANCE

Defendant Starboard Yacht Group, LLC, through its Managing Member Charles Jacob Stratmann ("Jake Stratmann"), respectfully submits this Notice to inform the Court of the current status of its representation and Mr. Stratmann's interim pro se appearance:

**1. Counsel Retained**

On December 31, 2025, Defendant retained new counsel to represent it in this matter and related litigation. A formal Notice of Appearance by counsel is anticipated upon resolution of priority matters described below.

**2. Priority State Court Criminal Matters**

Newly retained counsel is currently addressing priority state court criminal matters arising from related litigation, specifically BlueWater Yacht Sales, Inc. v. Starboard Yacht Group, LLC (Broward County Case No. COSO-25-053444, BSO Report #34-25-12-209096).

Criminal proceedings necessarily take priority over civil litigation due to the liberty interests at stake and constitutional speedy trial requirements.

## 3.    Interim Pro Se Appearance – Managing Member

To protect Defendant's interests during this interim period, Charles Jacob Stratmann, as Managing Member of Starboard Yacht Group, LLC, hereby appears on behalf of the LLC on a limited, interim basis solely for the purpose of filing this Response to the Order to Show Cause. This interim appearance:

a.    Is made to prevent irreparable harm from entry of default judgment;

b.    Is intended to be temporary pending counsel's formal appearance;

c.    Does not waive any rights Defendant may have to counsel representation; and

d.    Requests the Court's indulgence given the extraordinary circumstances.

## 4.    Corporate Representation Requirement

Defendant Starboard Yacht Group, LLC, as a limited liability company, generally cannot appear pro se in federal court and must be represented by licensed counsel. See Rowland v. California Men's Colony, 506 U.S. 194, 201-02 (1993). Defendant is working diligently to have counsel file an appearance as expeditiously as possible.

## 5.    Anticipated Timeline for Counsel Appearance

Counsel anticipates being able to file a formal Notice of Appearance in this matter within approximately fourteen (14) to twenty-one (21) days, depending on the resolution of the priority criminal matters. Defendant will promptly notify the Court when counsel files an appearance.

**6.      Service of Process**

All future pleadings, motions, orders, and other documents should be served on the undersigned at the address below until such time as counsel files a formal Notice of Appearance.

Respectfully submitted,

Dated: January 12, 2026

/s/ Charles Jacob Stratmann
**CHARLES JACOB STRATMANN**
*a/k/a Jake Stratmann, Interim Pro Se*
As Managing Member of Starboard Yacht Group, LLC
850 NE 3rd Street, Suite 208
Dania Beach, Florida 33004
Telephone: (954) 873-8546
Email: jake@starboardyacht.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 12, 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.



/s/ Charles Jacob Stratmann
CHARLES JACOB STRATMANN