## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

FILED BY_____ 𝒢𝒷 _____D.C.

JAN 12 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

VIVERE ADVENTURES, LTD.,
    Plaintiff,

v.                      Case No. 0:25-cv-61065-WPD

STARBOARD YACHT GROUP, LLC,
    Defendant.

_____/

### DECLARATION OF CHARLES JACOB STRATMANN

I, Charles Jacob Stratmann, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct:

1.    I am the Managing Member and Chief Executive Officer of Starboard Yacht Group, LLC ("SYG"). I have personal knowledge of the facts stated herein and am competent to testify to them.

2.    SYG is a marine services company that has been in operation for over 30 years, providing yacht maintenance, repair, and equipment installation services in South Florida.

*Seakeeper Dealer Relationship*

3.    In 2018, SYG became an authorized Seakeeper dealer pursuant to a Certified Dealer Non-Exclusive Agreement. For approximately seven years, SYG successfully sold, installed, and serviced Seakeeper gyroscopic stabilizer systems.

4.      SYG achieved the $500,000+ sales tier with Seakeeper and maintained excellent performance metrics. Tom Cole, Seakeeper's Regional Aftermarket Manager, had promised SYG would be included in 2025 dealer meetings based on this performance.

*The Vivere Contract*

5.      On or about December 31, 2024, SYG closed a deal with Vivere Adventures, Ltd. for the installation of a Seakeeper 2 stabilizer on their 2021 Contender 34 ST vessel (M/Y Formosa).

6.      On January 7, 2025, Vivere made its first payment of $59,339.67 pursuant to Repair Order #42289, which included the Seakeeper 2 unit (Part #90469) at $26,375.00.

*Seakeeper's Termination and Refusal*

7.      On December 2, 2024, Seakeeper sent SYG a termination notice stating the dealer relationship was being terminated "effective immediately."

8.      Prior to the termination, SYG had wired funds to Seakeeper for equipment, including funds intended for the Vivere project.

9.      On January 15, 2025, SYG's CFO Brian Kenny requested a quote from Seakeeper for the SK2 unit needed for Vivere's vessel.

10.     On January 27, 2025, Tom Cole of Seakeeper explicitly refused to fulfill SYG's order, stating in an email: "Unfortunately, we are unable to fulfill this order at this time." A true and correct copy of this email chain is attached as Exhibit D.

11.     At that time, Seakeeper held approximately $30,000 of SYG's funds but refused to either ship the equipment or promptly return the money.

*Mitigation Efforts*

12.     Upon learning of Seakeeper's refusal, SYG immediately sought alternative solutions.

13.     SYG contracted with USA Stabilizers to provide an equivalent stabilization system for the Vivere vessel.

14.     SYG offered to complete the installation for Vivere using the USA Stabilizers equipment at no additional cost. Vivere refused this alternative and removed the vessel from SYG's access at Rybovich.

*Counsel Situation*

15.     On November 21, 2025, SYG's counsel Matthew Valcourt withdrew from this case.

16.     On December 31, 2025, SYG retained new counsel. However, that counsel is currently occupied with priority state court criminal matters arising from related litigation (BlueWater Yacht Sales v. Starboard Yacht Group, BSO #34-25-12-209096).

17.     SYG has worked diligently to address its representation needs and is not in willful default.

*Exhibits Authenticated*

18.     Attached hereto and incorporated by reference are true and correct copies of the following documents:

Exhibit A: Repair Order #42289 Invoice (January 7, 2025)

Exhibit B: Seakeeper Termination Notice (December 2, 2024)

Exhibit C: 2018 Seakeeper Dealer Agreement

Exhibit D: Tom Cole Email Chain re: SK2 Refusal (January 27, 2025)

Exhibit E: Voith Comparative Vendor Response Analysis

Exhibit F: Investigative Report on Unfair Competition

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 12, 2026, at Fort Lauderdale, Florida.

**CHARLES JACOB STRATMANN**
Managing Member
Starboard Yacht Group, LLC