UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

VIVERE ADVENTURES, LTD

     Plaintiff,

vs

STARBOARD YACHT GROUP, LLC

     Defendant.

CASE NO.: 0:25-cv-61065-WPD

## FINAL DEFAULT JUDGMENT

Pursuant to this Court's Order entered earlier today, Final Default Judgment is hereby entered in favor of VIVERE ADVENTURES, LTD. and against STARBOARD YACHT GROUP, LLC in the principal amount of $85,645.27, plus pre-judgment interest through December 26, 2025 in the amount of $8,433.58, plus pre-judgment interest thereafter through the date of judgment in the per-diem amount of $16.50, plus costs to be taxed at a later date via separate motion, and post-judgment interest thereafter, for which let execution issue.

The Clerk is **DIRECTED** to **CLOSE** this case and **DENY** all pending motions as moot.

The Clerk is **DIRECTED** to mail a copy of this Order on the addresses below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 14th day of January, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies: Counsel of Record

Starboard Yacht Group
850 NE 3rdStreet, Suite208
DaniaBeach, Florida33004
Telephone: (954)873-8546
Email:jake@starboardyacht.com