## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
District of Florida

Case Number: 0:25-CV-61065-WPD

Plaintiff:
**VIVERE ADVENTURES, LTD,**

vs.

Defendant:
**STARBOARD YACHT GROUP, LLC,**



FIS2026001832

For:
Robert D. McIntosh, Esq.
FOWLER WHITE BURNETT P.A.
200 East Las Olas Boulevard
Suite 2000 - Penthouse B
Fort Lauderdale, FL 33301

Received by Felix Onate on the 12th day of March, 2026 at 11:02 am to be served on **CHASE BANK, 720 E. Broward Blvd, Fort Lauderdale, FL 33301**.

I, Felix Onate, do hereby affirm that on the **17th day of March, 2026** at **4:06 pm, I:**

served a **CORPORATION** by delivering a true copy of the **WRIT OF GARNISHMENT CHASE BANK** with the date and hour of service endorsed thereon by me, to: **DANIELLE DENNIS** as **MGR.** for **CHASE BANK** at the address of: **720 E. Broward Blvd, Fort Lauderdale, FL 33301**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: -, Sex: F, Race/Skin Color: Black, Height: 5'6", Weight: 160, Hair: Dark Brown, Glasses: Y

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Sheriff Appointed Process Server in the county in which this defendant/witness was served and have no interest in the above action.  Pursuant to FS 92.525(2), no notary is required.

**Felix Onate**
SPS#473

**Professional Process Servers**
**800 W. Cypress Creek Rd**
**Suite 390**
**Fort Lauderdale, FL 33309**
**(954) 566-2523**

Our Job Serial Number: FIS-2026001832
Ref: 114468

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0d

**SEALED**

| | |
|---|---|
| DELIVERED | 03/17/2026 04:06 PM |
| SERVER | FO |
| LICENSE | SPS#473 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN ADMIRALTY

VIVERE ADVENTURES, LTD

      Plaintiff,

vs

STARBOARD YACHT GROUP, LLC

      Defendant.

CASE NO.: 0:25-cv-61065-WPD

## WRIT OF GARNISHMENT
## CHASE BANK

**To the United States Marshal for the Southern District of Florida:**

YOU ARE COMMANDED ON RECEIPT OF THIS WRIT to summon the garnishee, CHASE BANK, whose address is 720 E. Broward Blvd., Fort Lauderdale, Florida 33301, to serve and answer to this Writ on Robert D. McIntosh, Flower White Burnett, PA whose address is 200 East Las Olas Blvd., Suite 2000, Fort Lauderdale, Florida 33301, within twenty days after service on the garnishee, exclusive of the day of service, and to file the original with the Clerk of this Court either before service on the attorney or immediately thereafter, stating whether the garnishee is indebted to the Defendant STARBOARD YACHT GROUP, LLC, Fein: ▮▮▮▮▮▮, at the time of the answer or was indebted at the time of service of the writ, or at any time between such times, and in what sum and what tangible and intangible personal property of the defendant the garnishee is in possession or control of at the time of the answer or had at the time of service of this writ, or any time between such times, and whether the garnishee knows of any other person indebted to the defendant or who may be in possession or control of any of the property of the defendant. The

CASE NO.: 0:25-CV-61065-WPD

amount owing to the Plaintiff is $85,645.27, plus pre-judgment interest through December 26, 2025 in the amount of $8,433.58, plus interest from the date of the judgment.

Witness my hand and seal in this Court on  11th day of   March        , 2026.



Angela E. Noble
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA    _____
By:_____S.Carlson_____ STRICT COURT
Deputy Clerk

2