UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN ADMIRALITY

CASE NO.: 0:25-cv-61065-WPD

VIVERE ADVENTURES, LTD,

 Plaintiff(s),

vs.

STARBOARD YACHT GROUP, LLC,

 Defendant(s),

and

JPMORGAN CHASE BANK, N.A.,

 Garnishee.

_____/

### ANSWER OF GARNISHEE AND DEMAND TO
### JUDGMENT CREDITOR FOR PAYMENT OF ATTORNEYS' FEES

Garnishee JPMORGAN CHASE BANK, N.A. ("Garnishee") answers the Writ of Garnishment (the "Writ") served on it in the captioned matter as follows:

1. At the time of service of the Writ (plus statutory time for Garnishee to act expeditiously on the Writ), at the time of this Answer, and at all points between such times[1], Garnishee had the following account(s):

---

[1] The Writ was not validly served upon Garnishee because Plaintiff did not serve Garnishee's registered agent. *See* Fla. Stat. § 655.0201. Instead, Plaintiff purported to serve Garnishee at a local branch. As of March 27, 2026, Garnishee accepts service of the Writ, and this answer responds as though the Writ of Garnishment was served on that date.

Homer Bonner Jacobs Ortiz, P.A.
1200 Four Seasons Tower | 1441 Brickell Avenue | Miami Florida 33131
305 350 5100 | www.homerbonner.com

**<u>Checking Account ending in 3109</u>**

**Name:**            Starboard Yacht Group LLC

**Address:**         850 NE 3rd ST, STE 208
                     Dania Beach, FL 33004

**Account Balance:**  Negative Balance

**Amount Held:**      None

2.      At the time of this Answer and at the time of the service of the Writ, and at all points between those times, Garnishee has had no other goods, money, chattels, effects, or other tangible or intangible property of Judgment Debtor(s) Starboard Yacht Group LLC in its possession or control.

3.      Garnishee does not know of any other persons indebted to Judgment Debtor(s) Starboard Yacht Group LLC or who may have any of Judgment Debtor's property in their possession or control.

4.      Garnishee has been obligated to retain counsel in this matter and is required to pay its attorneys a reasonable fee, for which it is entitled to an award or fees as provided by Florida Statutes § 77.28.

5.      These responses are based upon a search of data contained in Garnishee's centralized customer identification and account information system. That system may not necessarily capture all relevant information concerning Judgment Debtor(s) or accounts.

WHEREFORE, the Garnishee demands payment from Judgment Creditor to "Homer Bonner Jacobs Ortiz" in the amount of $100.00 pursuant to Florida Statutes § 77.28 forthwith for partial payment of its attorney fee.  Payment shall be sent to 1200 Four Seasons Tower, 1441 Brickell Avenue, Miami, FL 33131, and should include the title of the action and its

Homer Bonner Jacobs Ortiz, P.A.
1200 Four Seasons Tower | 1441 Brickell Avenue | Miami Florida 33131
305 350 5100 | www.homerbonner.com

corresponding case number. Garnishee further prays for the entry of an Order dissolving the Writ herein, and for such other and further relief as this Court deems just and proper.

### DESIGNATION OF EMAIL ADDRESSES

Counsel for Garnishee, pursuant to Rule 2.516 of the Florida Rules of Judicial Administration, hereby designates the following primary email address for service of court documents: GService@homerbonner.com.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via E-Service on the date stamped on the first page of this notice, upon any counsel of record entitled to receive electronic service in this case.

Respectfully submitted:



Attorneys for Garnishee
1200 Four Seasons Tower
1441 Brickell Avenue
Miami Florida 33131
Phone: (305) 350-5117
Fax: (305) 372-2738

By:   /s/Andrew R. Herron
      Andrew R. Herron, Esq.
      Email: gservice@homerbonner.com
      Florida Bar No.: 861560

Homer Bonner Jacobs Ortiz, P.A.
1200 Four Seasons Tower | 1441 Brickell Avenue | Miami Florida 33131
305 350 5100 | www.homerbonner.com