UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-61065-WPD

VIVERE ADVENTURES, LTD,

     Plaintiff,

v.

STARBOARD YACHT GROUP, LLC,

     Defendant.

_____/

## ORDER STRIKING DEFENDANT'S PRO SE REPLY AND OBJECTION TO GARNISHEE ANSWER

THIS CAUSE is before the Court upon the Reply and Objection to Garnishee Answer and Emergency Motion to Dissolve or Stay Writ of Garnishment [DE 48], filed *pro se* by Charles Jacob Stratmann on behalf of STARBOARD YACHT GROUP, LLC. The Court has carefully considered this filing and is otherwise fully advised in the premises.

It is a well-settled principle of law that a corporation cannot appear *pro se* and must be represented by counsel.  *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385-1386 (11th Cir. 1985), *cert. denied*, 474 U.S. 1058 (1986); *National Independent Theater Exhibitors, Inc. v. Buena Vista Distribution Company*, 748 F.2d 602, 609 (11th Cir. 1985), *cert. denied* 471 U.S. 1056 (1985). The Court therefore strikes the Reply and Objection to Garnishee Answer [DE 48].

Any future filings on behalf of Defendant must be filed by counsel and will otherwise be stricken.

It is **ORDERED AND ADJUDGED** as follows:

1. The Reply and Objection to Garnishee Answer and Emergency Motion to Dissolve or Stay Writ of Garnishment [DE 48] hereby **STRICKEN**.

2. The Clerk is **DIRECTED** to mail a copy of this Order to the address below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 1st day of May, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of record

Charles Jacob Stratmann
Managing Member,
Starboard Yacht Group, LLC
545 NE 17th Avenue Fort Lauderdale,
FL33301
jake@starboardyachtcom